PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON STIRM, | CASE NO.  2:22-CV-01330-CKD |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | JUDGE:       Hon. Carolyn K. Delaney |
| UNITED STATES, | |
| Defendant. | |

Plaintiff Alison Stirm and defendant United States have submitted a joint request to continue the fact discovery deadline in the scheduling order by 60 days, with corresponding adjustments to all other deadlines.  Good cause appearing, the request is GRANTED.

All parties in this case have consented to the jurisdiction of a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636.  On December 15, 2022, the Court entered a scheduling order which set June 23, 2023, as the deadline for completion of non-expert discovery.  *See* Dkt. 12 at 2.  The parties represent that they have been diligently engaged in discovery since that time.  No previous requests for modification of the scheduling order have been made.

According to the parties' request, the depositions of plaintiff and her husband were scheduled to occur on May 16, 2023, in San Diego, California, where the plaintiff now resides.  On May 9, 2023, plaintiff served supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(e) which listed a new health care provider who is likely to have relevant information and records on which plaintiff intends to rely with respect to plaintiff's claimed damages.  On May 10, 2023, plaintiff produced

additional documents that had been identified in the supplemental disclosures.  Counsel for the United States promptly served a subpoena to obtain all relevant records regarding plaintiff from the newly-identified health care provider.  Because the records that will be produced in response to this subpoena relate to issues that are likely to arise during the depositions of plaintiff and her husband, those depositions had to be rescheduled to afford time to obtain the records from the newly-identified health care provider and to allow the United States time to review the records prior to conducting the depositions.  The requested extension of time is needed for these reasons and to allow time to resolve any follow-up discovery issues.

Accordingly, the Pretrial Scheduling Order issued on December 15, 2022 (Dkt. 12) is modified as follows.

| | |
|---|---|
| Non-expert discovery completion deadline: | August 23, 2023 |
| Expert disclosure deadline: | October 25, 2023 |
| Rebuttal expert disclosure deadline: | November 30, 2023 |
| Expert discovery completion deadline: | December 29, 2023 |
| Non-discovery law and motion deadline: | February 23, 2024 |

All other portions of the Pretrial Scheduling Order (Dkt. 12) remain in effect.

IT IS SO ORDERED.

Dated:  June 5, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.stirm22cv1330.mod.sched.o

[PROPOSED] ORDER                    2