PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON STIRM,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 2:22-CV-01330- CKD<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF BY ORTHOPEDIC SURGEON PURSUANT TO FED. R. CIV. P. 35 |

Plaintiff Alison Stirm and defendant the United States, by and through their respective counsel, hereby stipulate that plaintiff will undergo a physical examination pursuant to Rule 35 of the Federal Rules of Civil Procedure. Said examination shall take place on July 20, 2023, and will be conducted by Dr. Glenn D. Cohen, M.D., commencing at 11:00 a.m., at 696 Hampshire Road, #180, Westlake Village, CA 91361.

This examination will be conducted for the purposes of determining the nature and extent of plaintiff's physical injuries and any physical limitations, the relationship thereof to the accident which is the subject of this litigation, the nature and reasonableness of medical treatment plaintiff has received to date to treat those injuries, and the nature and extent of any reasonably necessary future medical treatment for those injuries. The examination will consist of all necessary and customary activities required to make such a determination, including but not limited to medical history, history of treatment for orthopedic injuries related to the accident, physical examination, and evaluation. Dr. Cohen may be assisted by his staff during the examination. Plaintiff shall not be asked about nor required to disclose

details of conversations or examinations with expert consultants retained by Plaintiff's counsel. Plaintiff will not be required to disrobe. An x-ray of Plaintiff's left hand and left wrist may be taken, which may be used at trial. Photographs of plaintiff's injuries may be taken for use at trial. The examination will not be audio or video-recorded. One attorney from the law firm Cotchett, Pitre & McCarthy LLP, which represents Plaintiff in this action, may attend the examination but shall not interfere with the examination. Plaintiff's husband may accompany plaintiff to the clinic but shall not attend the examination. Plaintiff's counsel shall inform counsel for the United States at least one day in advance of the examination which attorney will attend. No other individuals may attend the examination.

By entering this stipulation, the parties do not intend to waive, and expressly reserve, attorney-client privilege or attorney work product protections. This stipulation shall not be construed as a request for production of a copy of the examiner's report pursuant to Federal Rule of Civil Procedure 35(b). Nor shall this stipulation be construed as requiring the identification of any party's experts or the disclosure of expert work product.

Respectfully submitted,

Dated: July 10, 2023

COTCHETT, PITRE & McCARTHY, LLP

By: */s/ John P. Thyken*
FRANK M. PITRE
JOHN P. THYKEN
ANDREW W. BRITTON

Attorneys for Plaintiff Alison Stirm

Dated: July 10, 2023

PHILLIP A. TALBERT
United States Attorney

By: */s/ Philip A. Scarborough*
PHILIP A. SCARBOROUGH
Assistant United States Attorney

Attorneys for the United States

/////
////
////

**IT IS SO ORDERED.**

Dated: July 17, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
Stirm22cv1330.ime