```
1   PHILLIP A. TALBERT
    United States Attorney
2   PHILIP A. SCARBOROUGH
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
5   Philip.Scarborough@usdoj.gov

6   Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON STIRM, | CASE NO. 2:22-CV-01330-CKD |
| Plaintiff, | [PROPOSED] ORDER |
| v. | JUDGE: Hon. Carolyn K. Delaney |
| UNITED STATES, | |
| Defendant. | |

Plaintiff Alison Stirm and defendant United States request that the Court modify the expert disclosure schedule to provide for staggered expert disclosures. Good cause appearing, the request is GRANTED. All parties in this case have consented to the jurisdiction of a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636. The schedule of the case is modified as follows:

| | |
|---|---|
| Deadline for parties to disclose experts on issues for which they have burden of proof | December 8, 2023 |
| Deadline for parties to disclose experts on issues for which they do not have the burden of proof | January 19, 2024 |
| Deadline for rebuttal expert reports, if any | February 16, 2024 |
| Expert discovery completion deadline | April 15, 2024 |
| Non-discovery law and motion deadline | May 31, 2024 |

All remaining provisions of the Pretrial Schedule Order (Dkt. 12) remain in effect.

IT IS SO ORDERED.

Dated: October 23, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
stirm22cv1330.stip.dso