1  FRANK M. PITRE (SBN 100077)
   fpitre@cpmlegal.com
2  JOHN P. THYKEN (SBN 286598)
   jthyken@cpmlegal.com
3  ANDREW W. BRITTON (SBN 340052)
   abritton@cpmlegal.com
4  **COTCHETT, PITRE & McCARTHY, LLP**
   840 Malcolm Road
5  Burlingame, California 94010
   Telephone: (650) 697-6000
6  Facsimile: (650) 697-0577

7  *Attorneys for Plaintiff*

8

9                   UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  **ALISON STIRM**, an individual,         Case No.:     2:22-CV-01330-CKD

13           Plaintiff,                      **JOINT STIPULATION AND
                                             [PROPOSED] ORDER EXTENDING
14       v.                                  EXPERT DISCOVERY DEADLINES**

15  **UNITED STATES OF AMERICA**, and **DOES
    1-10**, inclusive,
16                                           Judge:       Hon. Carolyn K. Delaney
                                             Courtroom:   24
17           Defendants.                     Location:    Robert T. Matsui
                                                          U.S. Courthouse
18                                                        501 I Street
                                                          Sacramento, CA 95814
19                                                        Courtroom 24, 8th Floor

20

---

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCOVERY
DEADLINES; CASE NO.: 2:22-CV-01330-CKD**

Plaintiff Alison Stirm and Defendant United States of America jointly stipulate and respectfully request that the Court extend the current deadlines for expert discovery in the above-captioned matter by approximately 30 days as set forth in the table below. Good cause for the request exists because certain expert witnesses have informed counsel for plaintiffs that they require the additional time to complete their evaluation and to prepare their written opinions. No party will be prejudiced by the additional time, which is modest in duration, and is intended to assist the parties in obtaining all information necessary to resolve the case.

Accordingly, the parties jointly request that the Court modify the schedule as follows, with all other provisions of the Court's Pretrial Scheduling Order (Dkt. 12) to remain in effect.

| | |
|---|---|
| Deadline for parties to disclose experts on issues for which they have burden of proof | January 8, 2024 |
| Deadline for parties to disclose experts on issues for which they do not have the burden of proof | February 20, 2024 |
| Deadline for rebuttal expert reports, if any | March 19, 2024 |
| Expert discovery completion deadline | May 14, 2024 |
| Non-discovery law and motion deadline | June 28, 2024 |

Dated: November 21, 2023                COTCHETT, PITRE & McCARTHY, LLP

                                        By:    /s/ Andrew W. Britton
                                               ANDREW W. BRITTON
                                               Attorneys for Plaintiff

Dated: November 21, 2023                PHILLIP A. TALBERT
                                        United States Attorney


                                        By:    /s/ Philip A. Scarborough
                                               (as authorized on 11/21/23)
                                               PHILIP A. SCARBOROUGH
                                               Assistant United States Attorney

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCOVERY DEADLINES; CASE NO.: 2:22-CV-01330-CKD**                                        1

## [~~PROPOSED~~] ORDER

The parties' stipulation and request is GRANTED. The parties shall comply with the schedule set forth in their stipulation.

Dated: November 27, 2023

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
Stirm22cv1330.stip.dso2