PHILLIP A. TALBERT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900
Brendon.Hansen@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON STIRM,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES,<br><br>                    Defendant. | CASE NO. 2:22-CV-01330-CKD<br><br>**STIPULATION AND JOINT REQUEST TO MODIFY EXPERT DISCLOSURE SCHEDULE AND REQUEST FOR SCHEDULING CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>JUDGE:      Hon. Carolyn K. Delaney |

Plaintiff Alison Stirm and defendant United States, through their undersigned counsel, submit this stipulation joint request for the Court to modify the expert disclosure schedule to provide for an extension of time. The parties also request that the Court set a Scheduling Conference to discuss or set a trial date in this matter.

All parties in this case have consented to the jurisdiction of a United States Magistrate Judge for all purposes. On December 15, 2022, the Court entered a scheduling order. *See* Dkt. 12. On June 5, 2023, the Court entered an order at the parties' request to modify the fact discovery deadline to allow additional time to subpoena records from a recently disclosed health care provider. *See* Dkt. 14. On October 23, 2023, the Court ordered staggered expert disclosures and reset expert disclosure and expert discovery deadlines. *See* Dkt. 18. On November 27, 2023, the Court then extended the expert disclosure and expert discovery deadlines by approximately 30 days to allow additional time for Plaintiff's experts to completely their work. *See* Dkt. 20.

///

Since that time, Plaintiff has disclosed experts. Prior counsel for Defendant has since left the office and the undersigned new counsel has been assigned to this matter. Good cause exists to extend the Defendant's expert disclosure deadline and the expert discovery deadlines by approximately 60 days to allow Defendant's experts to complete the necessary work and prepare their opinions. No party will be prejudiced by the additional time. Accordingly, the parties stipulate and jointly request that the Court modify the schedule as follows with the other provisions of the Court's Pretrial Scheduling Order to remain in effect. *See* Dkt. 12.

| | |
|---|---|
| Deadline for parties to disclose experts on issues for which they do not have the burden of proof | April 19, 2024 |
| Deadline for rebuttal expert reports, if any | May 17, 2024 |
| Expert discovery completion deadline | June 14, 2024 |
| Non-discovery law and motion deadline | July 31, 2024 |

The parties also request that the Court set a Scheduling Conference in approximately March 2024 to discuss or set a trial date in this matter.

A proposed order is submitted herewith.

| | |
|---|---|
| Dated:  January 24, 2024 | COTCHETT, PITRE & McCARTHY, LLP |
| | By:   */s/ John P. Thyken (auth. 1/24/2024)* |
| |       FRANK M. PITRE |
| |       JOHN P. THYKEN |
| |       ANDREW W. BRITTON |
| | Attorneys for Plaintiff Alison Stirm |
| Dated:  January 24, 2024 | PHILLIP A. TALBERT |
| | United States Attorney |
| | By:   */s/ Brendon L.S. Hansen* |
| |       BRENDON L.S. HANSEN |
| |       Assistant United States Attorney |
| | Attorneys for the United States |

# [~~PROPOSED~~] ORDER

The parties' stipulation and request is GRANTED. The parties shall comply with the schedule set forth in their stipulation.

Pursuant to the parties' request, the Court sets a status conference to take place on March 20, 2024, at 10:00 a.m., to be conducted remotely by video conference.

On or before March 13, 2024, the parties shall file a joint status report identifying all matters and issues the parties wish to address at the status conference. The joint status report may set forth a proposed approximate time frame(s) for a trial date and related dates and deadlines, as well as the parties' availability and unavailability within the proposed time frame(s).

**IT IS SO ORDERED.**

Dated:  January 29, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
stirm22cv1330.stip.status

STIPULATION AND JOINT REQUEST TO MODIFY EXPERT DISCLOSURE SCHEDULE AND REQUEST FOR SCHEDULING CONFERENCE AND [~~PROPOSED~~] ORDER     3