IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON STIRM,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES,<br><br>                    Defendant. | CASE NO.  2:22-CV-01330-CKD<br><br>**STIPULATION AND JOINT REQUEST FOR TRIAL SETTING, REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE, AND MODIFICATION OF EXPERT DISCOVERY DEADLINES; [~~PROPOSED~~] ORDER**<br><br>JUDGE:       Hon. Carolyn K. Delaney |

Plaintiff Alison Stirm and defendant United States, through their undersigned counsel, submit this stipulation joint request for the Court to set trial in this action, refer the parties to a settlement conference with a magistrate judge, and continue the deadlines for completion of expert discovery.

**A.      BACKGROUND**

All parties in this case have consented to the jurisdiction of a United States Magistrate Judge for all purposes.  On December 15, 2022, the Court entered a scheduling order.  *See* Dkt. 12.  On June 5, 2023, the Court entered an order at the parties' request to modify the fact discovery deadline to allow additional time to subpoena records from a recently disclosed health care provider.  *See* Dkt. 14.  On October 23, 2023, the Court ordered staggered expert disclosures and reset expert disclosure and expert discovery deadlines.  *See* Dkt. 18.  On November 27, 2023, the Court then extended the expert disclosure and expert discovery deadlines by approximately 30 days to allow additional time for Plaintiff's experts to complete their work.  *See* Dkt. 20. In January 2024, Plaintiff disclosed her experts and served expert reports on Defendant. On January 29, 2024, the Court extended the remaining expert

disclosure and discovery deadlines by 60 days to accommodate new defense counsel assigned to this matter. *See* Dkt. 23. The Court also set a Scheduling Conference for March 20, 2024. *Id.* On April 19, 2024, Defendant disclosed its experts and produced a majority of its expert reports and, by the agreement of the parties, on May 3, 2024, Defendant disclosed the reports from its remaining experts.

**B.      TRIAL SETTING**

Following the March 20, 2024 status conference, the Court offered a 5-day bench trial starting November 4, 2024. One of Defendant's experts had a conflict with the November 4, 2024 trial date so the parties have met and conferred to find new dates that are mutually agreeable for the parties and their respective experts. The parties now request a February 24, 2025 trial date if the Court can accommodate the parties. The parties also propose that the Court set aside 8-10 days for trial given that the parties have a combined 15 retained experts and additional treating doctors and witnesses are expected to testify at trial.

**C.      REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

The parties have not yet attended mediation or a Settlement Conference. The parties jointly request that this Court refer the parties to the Honorable Allison Claire for a settlement conference in approximately late August 2024, if possible.

**D.      MODIFICATION OF EXPERT DISCOVERY DEADLINES**

With the trial likely to be set in early 2025, the parties stipulate and jointly request that the deadline for completion of expert discovery be continued until 60 days before the date the Court ultimately sets trial. Good cause exists to continue this deadline given the number of experts in this action, the time and expense involved in completing expert discovery, and the unnecessary burden placed on the parties to complete expert discovery based on the current scheduling order and so far in advance of trial.

**E.      MODIFICATION OF NON-DISCOVERY LAW & MOTION DEADLINE**

The parties stipulate to continuing the deadline to file motions other than those relating to discovery until 45 days before trial. This deadline does not apply to pretrial motions.

A proposed order is submitted herewith.

1   Dated:  June 4, 2024                          COTCHETT, PITRE & McCARTHY, LLP

2                                         By:   */s/ Andrew W. Britton*
                                               FRANK M. PITRE
3                                              JOHN P. THYKEN
                                               ANDREW W. BRITTON
4                                              Attorneys for Plaintiff Alison Stirm

5
    Dated:  June 4, 2024                          PHILLIP A. TALBERT
6                                              United States Attorney

7                                         By:   */s/ Brendon L.S. Hansen*
                                               BRENDON L.S. HANSEN
8                                              (as authorized on 06/04/24)
                                               Assistant United States Attorney
9                                              Attorneys for the United States

10

11                          **[PROPOSED] ORDER**

12          The parties' stipulation and request is GRANTED with some modifications as set forth below.

13          The court has already referred the parties to the Honorable Allison Claire for a mandatory

14   settlement conference to be concluded by September 30, 2024.

15          The court sets a Pretrial Conference (as described in Local Rule 282) to take place on January 8,

16   2025, at 10:00 a.m. in Courtroom 24.

17          The court sets a bench trial to commence on February 24, 2025, at 9:00 a.m. in Courtroom 24.

18          Expert discovery shall be completed 60 days prior to the first date of trial.

19          Non-discovery motions, other than motions for continuances, motions in limine related to trial,

20   temporary restraining orders, or other emergency applications, shall be filed on or before September 20,

21   2024.

22   Dated:  June 12, 2024

23                                         _____
                                           CAROLYN K. DELANEY
24                                         UNITED STATES MAGISTRATE JUDGE

25

26

27   8
    Stirm22cv1330.stip.sched

28