PHILLIP A. TALBERT
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900
Brendon.Hansen@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON STIRM,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　　Defendant. | CASE NO. 2:22-CV-01330-CKD<br><br>**STIPULATION AND JOINT REQUEST TO MODIFY SCHEDULING ORDER AND [~~PROPOSED~~] ORDER**<br><br>JUDGE:　　Hon. Carolyn K. Delaney |

　　　　Plaintiff Alison Stirm and defendant United States, through their undersigned counsel, submit this stipulation joint request for the Court to modify the scheduling order to allow for the deposition of upwards of 16 expert witnesses in December 2024. Good cause exists to modify the scheduling order to depose the necessary witnesses and properly prepare this matter for trial. The parties also request that the Court extend the expert discovery deadline to January 7, 2025 for the deposition of Plaintiff's retained expert Dr. Lobatz and to January 8, 2025 for the deposition of Defendant's retained expert Ms. Dean because no suitable date in November or December 2024 was available before the close of expert discovery.

　　　　The parties jointly stipulate and request that the Court modify the current Scheduling Order, ECF Nos. 32 & 40, and set the dates and deadlines as follows:

- January 7, 2025 – Close of expert discovery regarding the deposition of Dr. Lobatz.
- January 7, 2025 – Parties to meet and confer by this deadline regarding motions *in limine* and FRE 702 motions.
- January 8, 2025 - Close of expert discovery regarding the deposition of Ms. Dean.

- January 10, 2025 – Deadline to file motions *in limine* and FRE 702 motions.
- January 15, 2025 – Deadline for the parties to meet and confer regarding the Joint Pretrial Statement.
- January 17, 2025 – Deadline to file oppositions to motions *in limine* and FRE 702 motions.
- January 21, 2025 – Deadline to file Joint Pretrial Statement.
- January 28, 2025 – Pretrial conference at the court's convenience this week.

A proposed order is submitted herewith.

Dated:  December 10, 2024                                   COTCHETT, PITRE & McCARTHY, LLP

                                                     By:  */s/ Frank M. Pitre (approved 12/10/24)*
                                                          FRANK M. PITRE
                                                          JOHN P. THYKEN
                                                          ANDREW W. BRITTON

                                                          Attorneys for Plaintiff Alison Stirm

Dated:  December 10, 2024                                   PHILLIP A. TALBERT
                                                          United States Attorney

                                                     By:  */s/ Brendon L.S. Hansen*
                                                          BRENDON L.S. HANSEN
                                                          Assistant United States Attorney

                                                          Attorneys for the United States

## [**PROPOSED**] ORDER

The parties' stipulation and request is GRANTED.  The parties shall comply with the schedule set forth in their stipulation.  The Court resets the Pretrial Conference (as described in Local Rule 282) to take place on January 28, 2025, at 10:00 a.m. in Courtroom 24; the January 8, 2025 hearing date is vacated.

Dated:  December 12, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2