ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900

ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON STIRM,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:22-CV-01330-CKD<br><br>[PROPOSED] ORDER ON MOTION FOR A CONTINUANCE OF THE DEADLINE FOR DEFENDANT TO FILE OBJECTIONS TO PLAINTIFF'S COST BILL IN LIGHT OF A LAPSE OF APPROPRIATIONS |

**[PROPOSED] ORDER**

Good cause being established, the motion by Defendant the United States of America for a continuance of the current deadline of October 13, 2025, to file objections to Plaintiff's cost bill under Local Rule 292(c) is GRANTED. Defendant's time to file objections to Plaintiff's cost under Local Rule 292(c) is continued until seven (7) days after appropriations to the Department of Justice are restored to permit resumption of normal civil litigation functions. **IT IS SO ORDERED.**

Dated: October 8, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, stir22cv1330.36bc

1